MUNGER, TOLLES & OLSON LLP
  Henry Weissmann (SB# 132418)
  James C. Rutten (SB# 201791)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)

Attorneys for Defendant
VERIZON COMMUNICATIONS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF STOCKTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>　　　　Defendant. | CASE NO. 2:08-CV-02257-MCE-GGH<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; ORDER THEREON** |

　　　WHEREAS Plaintiff Bank of Stockton filed this lawsuit on September 25, 2008;

　　　WHEREAS Defendant Verizon Communications Inc.'s ("VCI") response to the Complaint currently is due by December 1, 2008;

　　　WHEREAS the parties recently began settlement discussions, which they anticipate may take some time to conclude;

　　　WHEREAS the parties believe that an extension of time to respond to the Complaint is appropriate in light of those settlement discussions;

　　　WHEREAS Local Rule 6-144 permits the parties to stipulate to a thirty-day extension without a corresponding order of the Court, but the parties believe that a somewhat longer extension is appropriate in light of the December and New Year's holidays;

///

///

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THAT VCI's deadline to answer, move against, or otherwise respond to the Complaint shall be extended to Monday, January 12, 2009.

DATED:                                  MUNGER, TOLLES & OLSON LLP

                                        By:  /s/
                                             James C. Rutten

                                        Attorneys for Defendant VERIZON
                                        COMMUNICATIONS INC.

DATED:                                  LAW OFFICES OF WILLIAM W. PALMER

                                        By:  /s/
                                             William W. Palmer

                                        Attorneys for Plaintiff BANK OF STOCKTON

**ORDER**

IT IS SO ORDERED.

Dated: November 21, 2008

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE