MUNGER, TOLLES & OLSON LLP
  Henry Weissmann (SB# 132418)
  James C. Rutten (SB# 201791)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)

Attorneys for Defendant VERIZON COMMUNICATIONS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF STOCKTON,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>Defendant. | CASE NO. 2:08-CV-02257-MCE-GGH<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; ORDER THEREON** |

1   WHEREAS Defendant Verizon Communications Inc.'s ("Verizon") response to the Complaint was due by December 1, 2008;

WHEREAS the parties stipulated, and the Court granted, an extension to January 12, 2009 in light of the fact that the parties were engaged in settlement negotiations;

WHEREAS the parties' settlement discussions are still ongoing and the parties remain hopeful that a settlement can be reached;

WHEREAS the parties need additional time to complete their settlement discussions in light of, *inter alia*, the December and New Year's holidays;

WHEREAS the parties believe that an additional short extension of the deadline to respond to the complaint is appropriate in light of their settlement discussions and their mutual desire to conserve their resources and those of the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THAT Verizon's deadline to answer, move against, or otherwise respond to the Complaint shall be extended by two additional weeks to January 26, 2009.

DATED:                                MUNGER, TOLLES & OLSON LLP

                                      By: /s/
                                          James C. Rutten

                                      Attorneys for Defendant VERIZON COMMUNICATIONS INC.

DATED:                                LAW OFFICES OF WILLIAM W. PALMER

                                      By: /s/
                                          William W. Palmer

                                      Attorneys for Plaintiff BANK OF STOCKTON

IT IS SO ORDERED.

Dated: January 9, 2009

                                      _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE