IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BANK OF STOCKTON,

    Plaintiff,                                  CIV. NO. S- 08-2257 JAM GGH

    vs.

VERIZON COMMUNICATIONS, INC.,

    Defendant.                             SUMMARY ORDER

/

        Previously pending on this court's law and motion calendar for February 19, 2009, was defendant's motion to compel initial disclosures, and for sanctions. Plaintiff filed initial disclosures on February 12, 2009, and filed an untimely opposition on February 17, 2009, to which defendant filed replies.[1] Jeremy Kroger appeared for defendant. William Palmer appeared for plaintiff. With the possible exception of documents utilized in damages computation, plaintiff's counsel represented that all documents required to be produced in initial disclosures had, in fact, been identified in the initial disclosure response. Counsel agreed to produce all these documents to defendant's counsel on or before February 25, 2009. After hearing, the court issues the following summary order.

---

[1] A joint statement was not required as plaintiff's failure to provide initial disclosures was considered a total failure. E.D. Local Rule 37-251(e).

1

1.  Defendant's motion to compel initial disclosures, filed February 2, 2009, is granted in part and denied in part.

2.  Plaintiff shall produce the full computations required by Fed. R. Civ. P. 26(a)(1)(A) (iii), and shall produce the documents relied upon for computation of damages, if any, by Wednesday, February 25, 2009;

3. Plaintiff shall produce to defendant's counsel the documents identified in its initial disclosures by February 25, 2009.

4. Defendant's request for fees costs is denied as plaintiff's discovery dispute position was not without substantial justification.

IT IS SO ORDERED.

DATED: February 20, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076
BankofStockton2257.dsy.wpd