MUNGER, TOLLES & OLSON LLP
  Henry Weissmann (SB# 132418)
  James C. Rutten (SB# 201791)
  Jeremy S. Kroger (SB# 258956)
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)

Attorneys for Defendant VERIZON COMMUNICATIONS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF STOCKTON,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>Defendant. | CASE NO. 2:08-CV-02257-JAM-GGH<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ENTERING FINAL JUDGMENT** |

On March 25, 2009, Defendant Verizon Communications Inc.'s Motion for Summary Judgment, or in the Alternative, To Dismiss Certain Claims and To Stay Others came on for hearing in the above-captioned Court, the Honorable John A. Mendez presiding. The Court, having considered the papers and arguments submitted in support of and in opposition to the motion, hereby GRANTS the motion for summary judgment as to all claims alleged in the Complaint, for the reasons stated by the Court on the record at the hearing. The Court finds that Plaintiff has failed to carry its burden under Federal Rule of Civil Procedure 56 and *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986), of submitting admissible evidence creating a genuine issue of material fact as to the existence of actual damages, an essential element of all the claims alleged in the Complaint. Final judgment for Defendant is hereby ENTERED.

IT IS SO ORDERED:

Dated: 4/6/2009  /s/ John A. Mendez
 The Honorable John A. Mendez
 United States District Court Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP

By: /s/ James C. Rutten
 James C. Rutten

Attorneys for Defendant Verizon Communications Inc.

Approved as to form by:

LAW OFFICES OF WILLIAM W. PALMER

By: /s/ William W. Palmer
 William W. Palmer

Attorneys for Plaintiff Bank of Stockton